UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:    CASE NO. 09-18691
    CHAPTER 13
ANTONIO DANIEL
MERINDA DANIEL    JUDGE JANET S BAER

DEBTORS    **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** AMERICAS SERVICING COMPANY

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 6 | 26 | 8209 1ST ARRS | $3,313.00 | $3,613.00 | $3,613.00 |
| Total Amount Paid by Trustee | | | | | $3,613.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit        **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-18691

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 18th day of June, 2013.

| Debtor: | Attorney: |
|---|---|
| ANTONIO DANIEL | ROBERT J SEMRAD & ASSOC LLC |
| MERINDA DANIEL | 20 S CLARK ST 28TH FLR |
| PO BOX 864 | CHICAGO, IL  60603 |
| DOLTON, IL  60419 | via Clerk's ECF noticing procedures |

| Creditor: | Mortgage Creditor: |
|---|---|
| AMERICAS SERVICING COMPANY | AMERICAS SERVICING COMPANY |
| 1 HOME CAMPUS | % CODILIS & ASSOC |
| MAC X2302-04C | 15W030 N FRONTAGE RD #100 |
| DES MOINES, IA  50328 | BURR RIDGE, IL  60527 |

Mortgage Creditor:
AMERICAS SERVICING CO
3476 STATEVIEW BLVD
MAC X7801-014
FORT MILL, SC  29715

ELECTRONIC SERVICE - United States Trustee

| Date:  June 18, 2013 | /s/ TOM VAUGHN |
|---|---|
| | TOM VAUGHN |
| | CHAPTER 13 TRUSTEE |
| | 55 E. MONROE STREET, SUITE 3850 |
| | CHICAGO, IL  60603 |